# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Mary H. Rich, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00058-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2022 Order.

March 15, 2022

Frank G. Johns, Clerk
United States District Court