IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:20-CV-058-DCK

| | |
|---|---|
| MARY H. RICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Amended Motion For Attorney's Fees" (Document No. 31) and on the parties' "Stipulation for Payment of Attorney's Fees" (Document No. 34). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the request for attorney's fees. Based on the parties' agreement, the undersigned directs that Defendant pay Plaintiff **$15,000.00** in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Samuel F. Furgiuele, Jr., and mailed to P.O. Box 386, Boone, North Carolina, 28607, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Amended Motion For Attorney's Fees" (Document No. 31) is **GRANTED** as directed herein.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion For Attorney's Fees" (Document No. 30) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 22, 2022

David C. Keesler
United States Magistrate Judge